**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02261-RBJ

DENETTE GARCIA,

Plaintiff(s),

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,
BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERISITY OF DENVER,
JANINE DAVIDSON, in her official capacity,
BRAELIN PANTEL, in her official capacity,
KELLI FRANK, in her official capacity,
LAYTON SETH CURL, in his official capacity and individual capacity, and
KRISTEN LYONS, in her individual capacity,

Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

DENETTE GARCIA.

DATED at Denver, Colorado this 10th day of May, 2021.

Andrew L. Martin

Martin and Peters Pllc
44 Cook Street
Denver, Colorado, 80206
720-432-1205
drewmesq@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10 day of May, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Allison R. Ailer
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6392
Fax: 720-508-6037
Email: allison.ailer@coag.gov

J. Patrick Hizon Warwick-Diaz
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6124
Fax: 720-508-6041
Email: Patrick.Warwick-Diaz@coag.gov

Jacquelynn Nichole Rich Fredericks
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6603
Fax: 720-508-6032
Email: Jacquelynn.RichFredericks@coag.gov

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

________________________________
________________________________
________________________________

*s/ Andrew Lee Martin*