IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02261

DANETTE GARCIA

Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER et al.

State Defendants.

---

NOTICE TO COURT REGARDING TRIAL DATE SETTING

---

The Board of Trustees of Metropolitan State University of Denver, Janine Davidson, Dave Haden, Kelli Frank, and Kristen Lyons (collectively, the "State Defendants") hereby notify the Court that pursuant to the Court's May 11, 2021 Order, the State Defendants contacted Judge Jackson's chambers on May 24, 2021 to obtain potential dates to reset the 5-day Jury trial in the matter. The State Defendants, through their paralegal Denise Munger, contacted Ms. Garcia's current counsel, Andrew Martin and William Peters, Martin and Peters, PLLC to discuss the trial date options. Through their paralegal, Bob Lewis, counsel for Ms. Garcia stated the firm would reach out to Ms. Garcia regarding the new jury trial dates.

On June 10, 2021, Ms. Munger sent a second email to Ms. Garcia's counsel, as no response had been sent regarding jury trial dates. Mr. Lewis informed Ms. Munger that the firm contacted Ms. Garcia but that Ms. Garcia has not responded.

Counsel for the State Defendants are available for trial the week of November 15, 2021 with a pretrial date of October 28, 2021.

WHEREFORE, the State Defendants notify the Court that they are unable to comply with the Court's May 11, 2021 Order due to Ms. Garcia's lack of cooperation.

Dated this 14th day of June, 2021.

PHILIP J. WEISER
Attorney General

*s/ Allison R. Ailer*

JACQUELYNN RICH FREDERICKS*
First Assistant Attorney General
ALLISON R. AILER*
Senior Assistant Attorney General
Civil Litigation & Employment Section
J. PATRICK HIZON WARWICK-DIAZ*
Assistant Attorney General

Attorneys for *Defendants*
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6603/(720) 508-6617
Email: Jacquelynn.richfredericks@coag.gov
allison.ailer@coag.gov
Patrick.Warwick-Diaz@coag.gov

*Counsel of Record

CERTIFICATE OF SERVICE

I certify that I served the foregoing NOTICE TO COURT REGARDING TRIAL DATE SETTING upon all parties herein by emailing this 14th day of June 2021 addressed as follows:

Andrew Martin, Esq.
William Peters, Esq.
Martin and Peters Pllc
44 Cook Street
Denver, Colorado, 80206

*s/ Denise Munger*