**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No 19-cv-02261-RBJ

DENETTE GARCIA,

Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,
KELLI FRANK, and
KRISTEN LYONS,

Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) the following Final Judgment is hereby entered.

Pursuant to the ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT of Judge R. Brooke Jackson entered on June 16, 2021 [ECF No. 104] it is

ORDERED that the defendants' motion for summary judgment [ECF No. 90] is GRANTED, and the civil action is dismissed with prejudice. It is

FURTHER ORDERED that, as the prevailing parties, the defendants are awarded reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 16th day of June, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Robert R. Keech

Robert R. Keech,
Deputy Clerk